### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

JEROME EUGENE TODD,

      Petitioner,

v.                                CASE NO. 5:16-cv-00092-MP-EMT

NICOLE ENGLISH,

      Defendant.

_____/

## O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 29, 2016. (ECF No. 11). The Magistrate Judge recommends that the Notice of Voluntary Dismissal, ECF No. 10, filed before any party responded, should close the case. The time for filing objections has passed, and none have been filed. The Court agrees that the notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk must close the file.

      **DONE AND ORDERED** this *20th* day of October, 2016

                       *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge